IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **DAVID M. OSIRES,** | 3:15-CV-02067-BR |
|     **Plaintiff,** | JUDGMENT |
| **v.** | |
| **OREGON TEAMSTER EMPLOYERS TRUST and THE WILLIAM C. EARHART COMPANY,** | |
|     **Defendants.** | |

    Based on the Court's Opinion and Order issued October 4, 2016, the Court **DISMISSES** this matter **without prejudice**.

    IT IS SO ORDERED.

    DATED this 4th day of October, 2016.

                                               /s/ Anna J. Brown

                                      ANNA J. BROWN
                                      United States District Judge

1 - JUDGMENT